FILED 03 JUN '25 15:56 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-_00238-AB_ |
| v. | INDICTMENT |
| ZACHARY J. MAURICE, | 18 U.S.C. § 1361 |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Willfully Injuring or Committing Any Depredation Against
Property of the United States)
(18 U.S.C. § 1361)

On or about April 28, 2025, in the District of Oregon, defendant **ZACHARY J. MAURICE** did knowingly and willfully injure and commit a depredation against property of the United States, to wit: a Department of Homeland Security law enforcement vehicle, and the resulting damage exceeded the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

Dated: June 3, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLAM M. NARUS
Acting United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney

Indictment                                                                                                           Page 1